1040

[No. 17249-0-III.   Division Three.   December 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, V. STEVEN
THOMAS LEBLANC, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 97-1-00747-1, Paul A. Bastine, J.,
entered February 9, 1998. *Reversed* by unpublished opinion
per Kato, J., concurred in by Kurtz, A.C.J., and Brown, J.

[No. 17665-7-III.   Division Three.   December 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, V. RORY DEAN
BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 97-1-00324-6, Salvatore F. Cozza, J.,
entered June 19, 1998. *Affirmed* by unpublished opinion
per Kurtz, J., concurred in by Schultheis, C.J., and Brown,
J.

[No. 17682-7-III.   Division Three.   December 21, 1999.]

AUSTIN MUTUAL INSURANCE COMPANY, *Respondent*, V. LELA
M. GOODLETT, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 97-2-00324-6, John M. Lyden, J., entered
June 29, 1998. *Reversed* by unpublished opinion per Kurtz,
A.C.J., concurred in by Sweeney and Kato, JJ.

[No. 17802-1-III.   Division Three.   December 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, V. RUSSELL C.
MEACHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Kitti-
tas County, No. 97-1-00123-3, Michael E. Cooper, J., entered
June 2, 1998. *Affirmed* by unpublished opinion per Schul-
theis, C.J., concurred in by Sweeney and Kurtz, JJ.